| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America § §
versus § CRIMINAL NO. H-08-22-02 § §
Paul G Novak § §

### RECEIPT OF PASSPORT

This will acknowledge receipt of the passport in the name of

Paul G Novak #720110907 USA

MICHAEL N. MILBY, CLERK

Dated: 12/23/2008     By: _____
                            Deputy Clerk

SDTX (passport.rct) 07/13/98

4: 08CI 0601